STATE EX REL ROBERT L. WOODAHL, ATTORNEY GENERAL OF THE STATE OF MONTANA, AND THE MONTANA DEPARTMENT OF JUSTICE, RELATORS, *v.* CHARLES F. MOSES ET AL., RESPONDENTS.

No. 13619.
March 17, 1977.
561 P.2d 1329.

## ORDER

The motion to dismiss this proceeding having been submitted to the Court for decision pursuant to its prior orders,

IT IS ORDERED AND ADJUDGED:

(1) The motion of respondent Charles F. Moses filed herein on January 14, 1977, to dismiss this proceeding is granted and this proceeding is hereby dismissed.

(2) We grant the motion to dismiss on the following grounds: (a)

no bona fide justiciable controversy is presented but rather an application for an adversary opinion that this Court is not empowered to issue; (b) evidentiary questions abound and by reason thereof we decline to take original jurisdiction herein pursuant to an order of December 2, 1976.

(3) The application for additional attorney fees by respondent Charles F. Moses is denied.